UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCO ANTONIO HERNANDEZ
RODRIGUEZ,

      Plaintiff,

v.

KEVIN RAYCRAFT, et al.,

      Defendants.

_____/

Case No. 1:26-cv-208

HON. ROBERT J. JONKER

## ORDER

Petitioner initiated this action on January 20, 2026, by filing a petition for writ of habeas corpus under 28 U.S.C. § 2241. (ECF No. 1). Petitioner is a United States Immigration and Customs Enforcement (ICE) detainee currently detained at the North Lake Correctional Facility located in Baldwin, Lake County, Michigan.

Petitioner's challenge to the lawfulness of his detention rests entirely on his claim that he is a member of the "Bond Eligible Class" in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025). Based solely on this contention, Petitioner contends the Court must order Respondents either to provide him with a bond hearing or release him. But the Court will not grant the relief requested based on the class action, the only grounds raised here. *See, e.g.*, *Pichardo v. Raycraft*, No. 1:25-cv-1815 (W.D. Mich. Dec. 18, 2025) (ECF No. 3); *Coronado v. Secretary of Homeland Security*, 1:25-cv-831, 2025 WL 3628229, at *13 (S.D. Ohio Dec. 15, 2025) (concluding the *Bautista* class action was not a basis for habeas relief); *Melgar v. Bondi*, No. 8:25CV555, 2025 WL 3496721, at *14-15 (D. Neb. Dec. 5, 2025) (making a similar point and observing *Bautista* did not grant the class any

1

injunctive relief).  Any relief Petitioner seeks under *Bautista* should be sought from the court handling that case.

Petitioner would seem to be situated similarly to many other North lake detainees who have sought and received habeas relief as individual petitioners in this Court.  Nothing in this Order is meant to preclude Petitioner's ability to proceed in like manner.  Accordingly, the Court will dismiss Petitioner's present petition for a writ of habeas corpus under 28 U.S.C. § 2241 because it relies exclusively on *Bautista*.  Petitioner may submit an Amended Petition not later than February 3, 2026.  In the absence of a timely Amended Petition, the Court will enter Judgment against Petitioner and in favor of Respondents denying individual habeas relief in this action.  Such Judgment would be without prejudice to relief, if any, Petitioner may receive from the *Bautista* court, and without prejudice to relief Petitioner may be able to receive as an individual habeas petitioner in his own right.

**IT IS SO ORDERED.**


Dated:   January 23, 2026              /s/ Robert J. Jonker
                                       ROBERT J. JONKER
                                       UNITED STATES DISTRICT JUDGE